## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO.: 5:06CV20

| | |
|---|---|
| BERNICE MCCURDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| JANE PLAUGHER, CINDY EVERHART, ) | |
| KAREN CLIFTON, JOAN SHEW, ) | |
| BETSY LANE, DEBBIE COCKMAN, and ) | |
| PAUL FREEMAN, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* Motion to Dismiss, filed October 2, 2006. In her Motion, Plaintiff advises the Court that she wishes to dismiss all claims against the above-named Defendants. Since Plaintiff is acting *pro se* and in light of the fact that none of the Defendants have filed an Answer to Plaintiff's Complaint, the Court will construe Plaintiff's Motion as a voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Dismiss is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint in this matter is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: October 6, 2006

Richard L. Voorhees
United States District Judge